UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>              Plaintiff,<br>  v.<br><br>**SALTO SYSTEMS, INC.,**<br><br>              Defendant. | **Civil Action No.: 1:21-cv-08909**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      Now comes Plaintiff, Nitetek Licensing LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant Salto Systems, Inc. in the within action WITHOUT PREJUDICE. Salto Systems, Inc. has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: December 17, 2021 | Respectfully submitted,<br><br>/s/*Nicholas Loaknauth*<br>Loaknauth Law, P.C.<br>Nicholas Loaknauth<br>SDNY Bar No. NL0880<br>1460 Broadway<br>New York, New York 10036<br>Telephone: (212) 641-0745<br>Facsimile: (718) 301-1247<br>Email: nick@loaknauthlaw.com<br><br>Together with:<br><br>CHONG LAW FIRM PA<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com<br>(pro hac vice to be filed) |

## **CERTIFICATE OF SERVICE**

      I, Nicholas Loaknauth, certify that on December 17, 2021 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Nicholas Loaknauth*
                                                Nicholas Loaknauth (#NL0880)